## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Banks, Titus R | Case Number:  07 B 22682 |
| Banks, Mary  E | Judge:  Wedoff, Eugene R |
| Printed: 7/15/08 | Filed:  12/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  March 20, 2008

Confirmed:  January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,850.00 | |
| Secured: | | 224.83 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,411.05 |
| Trustee Fee: | | 214.12 |
| Other Funds: | | 0.00 |
| Totals: | 3,850.00 | 3,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,542.00 | 3,411.05 |
| 2. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 419.00 | 44.83 |
| 5. | American General Finance | Secured | 2,291.43 | 180.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 3,638.26 | 0.00 |
| 7. | Internal Revenue Service | Priority | 7,668.08 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,103.67 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 1,655.62 | 0.00 |
| 12. | CSI II DBA Loan Express | Unsecured | 676.20 | 0.00 |
| 13. | HSBC Taxpayer Financial Services | Unsecured | 1,991.80 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 684.91 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 279.45 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 87.89 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 418.46 | 0.00 |
| 18. | American General Finance | Unsecured | 99,064.92 | 0.00 |
| 19. | Triad Financial Services | Unsecured | 16,821.62 | 0.00 |
| 20. | Internal Revenue Service | Unsecured | 6,917.55 | 0.00 |
| 21. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 22. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 23. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 24. | AFNI | Unsecured | | No Claim Filed |
| 25. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Banks, Titus R

Banks, Mary  E

Printed:  7/15/08

Case Number:  07 B 22682

Judge:  Wedoff, Eugene R

Filed:  12/3/07

| | | | |
|---|---|---|---|
| 26. | CBCS | Unsecured | No Claim Filed |
| 27. | ATG Credit LLC | Unsecured | No Claim Filed |
| 28. | Midland Credit Management | Unsecured | No Claim Filed |
| 29. | Dental Profile Of Hyde Park | Unsecured | No Claim Filed |
| 30. | First National Credit Card | Unsecured | No Claim Filed |
| 31. | Great American Finance Company | Unsecured | No Claim Filed |
| 32. | AFNI | Unsecured | No Claim Filed |
| 33. | Illinois Dept Of Public Aid | Unsecured | No Claim Filed |
| 34. | Dental Profile Of Hyde Park | Unsecured | No Claim Filed |
| 35. | Johm Denney | Unsecured | No Claim Filed |
| 36. | Illinois Fair Plan | Unsecured | No Claim Filed |
| 37. | Langston Funeral Home | Unsecured | No Claim Filed |
| 38. | Little Company Of Mary Hospital | Unsecured | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | No Claim Filed |
| 40. | Medical Collections | Unsecured | No Claim Filed |
| 41. | Advocate Health Care | Unsecured | No Claim Filed |
| 42. | Resurgent Capital Services | Unsecured | No Claim Filed |
| 43. | Gerald & Associates | Unsecured | No Claim Filed |
| 44. | Surety Finance | Unsecured | No Claim Filed |
| 45. | Resurgent Capital Services | Unsecured | No Claim Filed |

$ 147,260.86          $ 3,635.88

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 178.20 |
| 6.5% | 35.92 |

$ 214.12

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: